# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| James D. Yates, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:18-cv-1589 UNA |
| ) | |
| State Farm Fire and Casualty Company, et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

The above styled and numbered case was filed on September 20, 2018 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable Stephen N. Limbaugh, Jr., United States District Judge, under cause number 1:18cv00227.

**IT IS FURTHER ORDERED** that cause number 4:18cv1589 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: September 20, 2018        By: /s/ Michele Crayton
                                 Court Services Manager

**In all future documents filed with the Court, please use the following case number 1:18cv00227 SNLJ.**